Case Name: EDWARD C. HAY
DEBRA A. HAY
Case No: 07-70598

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 15, 2007            WILLIAM T. NEARY
                                   United States Trustee, Region 11


                          BY:   _/s/_____
                                CAROLE J. RYCZEK
                                Attorney for the U.S. Trustee