## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

IN RE:  
HAY, EDWARD C  
HAY, DEBRA A

CASE NO. 07-70598 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-8166

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL 61101

    on: November 19, 2007
    at: 1:00 p.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 3,507.69 | |
| Barrick, Switzer, Law Firm Trustee's Firm Legal | $ 0.00 | $ 1,668.50 | |
| Barrick, Switzer Law Firm Trustee's Firm Legal | $ 0.00 | $ | $ 44.00 |

EXHIBIT A

4. The Trustee's Final Report shows total:

    a. Receipts                                $    28,515.21

    b. Disbursements                           $         0.00

    c. Net Cash Available for Distribution     $    28,515.21

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $23,295.02, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $21,632.11 plus interest of $724.60, resulting in an approximate distribution of 100.00% to unsecured creditors plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 10/2/07

_____
James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0598    Doc 39    Filed 10/16/07    Entered 10/19/07 00:01:53    Desc Imaged
                  Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: jclarke               Page 1 of 1            Date Rcvd: Oct 16, 2007
Case: 07-70598                    Form ID: pdf002             Total Served: 20

The following entities were served by first class mail on Oct 18, 2007.
db          +Edward C Hay,    394 Heisler Court,    Crystal Lake, IL 60014-7620
jdb         +Debra A Hay,    394 Heisler Court,    Crystal Lake, IL 60014-7620
aty         +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
11242085    +AT&T,    Attn: Bankruptcy Department,    Post Office Box 57907,    Murray, UT 84157-0907
11242083     Advanta Bank Corp.,    Post Office Box 30715,    Salt Lake City, UT 84130-0715
11242084     American Honda Finance Corp.,    Post Office Box 660670,    Dallas, TX 75266-0670
11242086     Bank of America,    Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
11286989    +Bank of America,    Attn: Mr. BK,    1000 Samoset Dr. DE5-023-03-03,    Newark DE 19713-6000
11422093     Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA, 981243978
11242087     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
11242088     ComEd,    Attn.: Revenue Management,    2100 Swiss Drive,    Oak Brook, Illinois 60523
11242089    +Cory Properties, ltd.,    19 Watergate,    South Barrington, IL 60010-9564
11242090     Counterforce,    Post Office Box 650540,    Dallas, TX 75265-0540
11242093   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    Post Office Box 790409,    St. Louis, MO 63179-0409)
11242094    +Washington Mutual,    Bankruptcy Department,    11200 West Parkland Avenue,
              Milwaukee, WI 53224-3127
11413396    +Washington Mutual Bank,    3990 S. Babcock Street,    MailStop: MB0119FL,
              Melbourne, FL 32901-8212

The following entities were served by electronic transmission on Oct 17, 2007.
11242083     E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 17 2007 04:20:52      Advanta Bank Corp.,
              Post Office Box 30715,    Salt Lake City, UT 84130-0715
11242086     E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 17 2007 04:20:16      Bank of America,
              Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
11286989    +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 17 2007 04:21:46      Bank of America,
              Attn: Mr. BK,    1000 Samoset Dr. DE5-023-03-03,    Newark DE 19713-6000
11242091     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2007 05:01:04       Discover Financial Services,
              Post Office Box 8003,    Hilliard, Ohio 43026
11348801     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2007 05:01:04
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11242092     E-mail/Text: bankrup@nicor.com                            Nicor,    Post Office Box 2020,
              Aurora, Illinois 60507-2020
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, Il 61108-2579
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2007**                    **Signature:** *Joseph Speetjens*