UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| EDWARD C. HAY AND | ) | Case No. 07 B 70598 |
| DEBRA A. HAY, | ) | |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued except check no.112 made payable to the United Stated Bankruptcy Court which was voided. All evidence of all cancelled checks along with a copy of the voided check are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: January 25, 2008

WILLIAM T. NEARY,
United States Trustee

By: _____
Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2007 through December 31, 2007
Primary Account: **000312096993765**

## CUSTOMER SERVICE INFORMATION

Service Center:　　　　　　　　　　1-800-634-5273



00016419 DBI 802 24 00208 - NNN 1 000000000 60 0000
07-70598 HAY EDWARD C
HAY DEBRA A DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---:|---:|
| **Checking** |  |  |
| Bankruptcy Business Checking 000312096993766 | 1,079.28 | 0.00 |
| **Total** | **$1,079.28** | **$0.00** |
| **Savings** |  |  |
| Bankruptcy Business Money Market 000312096993765 | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |
| **TOTAL ASSETS** | **$1,079.28** | **$0.00** |

**All Summary Balances** shown are as of December 31, 2007 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**JPMorganChase**

December 01, 2007 through December 31, 2007
Primary Account: **000312096993765**



## BANKRUPTCY BUSINESS MONEY MARKET

07-70598 HAY EDWARD C
HAY DEBRA A DEBTOR

Account Number: 000312096993765

### SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $44.45 |

This account earns interest daily and the current interest rate is 0.60%.

**JPMorganChase**

December 01, 2007 through December 31, 2007
Primary Account: **000312096993765**



## BANKRUPTCY BUSINESS CHECKING

07-70598 HAY EDWARD C
HAY DEBRA A DEBTOR

Account Number: 000312096993766

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $1,079.28 |
| Checks Paid | 3 | - 1,079.28 |
| **Ending Balance** | 3 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 104 | 12/06 | $127.79 |
| 111 * | 12/05 | 947.09 |
| 113 * | 12/06 | 4.40 |
| **Total Checks Paid** |  | **$1,079.28** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/05 | $132.19 |
| 12/06 | 0.00 |

**JPMorganChase**

November 01, 2007 through November 30, 2007
Primary Account: **000312096993765**

IMAGES                                              ACCOUNT # 000312096993766




008870106720 NOV 27 #0000000101 $3,507.69



008870106720 NOV 27 #0000000101 $3,507.69



008870106721 NOV 27 #0000000102 $1,668.50



008870106721 NOV 27 #0000000102 $1,668.50

**JPMorganChase**

December 01, 2007 through December 31, 2007
Primary Account: **000312096993765**

**IMAGES**

ACCOUNT # 000312096993766




008370821724 DEC 06 #0000000104 $127.79



008370821724 DEC 06 #0000000104 $127.79



008670428096 DEC 05 #0000000111 $947.09



008670428096 DEC 05 #0000000111 $947.09

Page 4 of 5

JPMorganChase

November 01, 2007 through November 30, 2007
Primary Account: **000312096993765**

ACCOUNT # 000312096993766



008870761405 NOV 28 #0000000103 $44.00



008870761405 NOV 28 #0000000103 $44.00



008870455214 NOV 30 #0000000105 $2,391.32



008870455214 NOV 30 #0000000105 $2,391.32



**JPMorganChase**

November 01, 2007 through November 30, 2007
Primary Account: **000312096993765**

ACCOUNT # 000312096993766



008870620737 NOV 30 #0000000106 $10,932.42



008870620737 NOV 30 #0000000106 $10,932.42



008470429229 NOV 30 #0000000107 $8,180.58





008470429229 NOV 30 #0000000107 $8,180.58

**JPMorganChase**

November 01, 2007 through November 30, 2007
Primary Account: **000312096993765**

ACCOUNT # 000312096993766



008870455213 NOV 30 #0000000108 $82.36



008870455213 NOV 30 #0000000108 $82.36



008870620738 NOV 30 #0000000109 $376.54



008870620738 NOV 30 #0000000109 $376.54



**JPMorganChase**

November 01, 2007 through November 30, 2007

Primary Account: **000312096993765**

ACCOUNT # 000312096993766




008470429228 NOV 30 #0000000110 $281.76



008470429228 NOV 30 #0000000110 $281.76



**JPMorganChase**

December 01, 2007 through December 31, 2007
Primary Account: **000312096993765**

ACCOUNT # 000312096993766



008670093528 DEC 06 #0000000113 $4.40



008670093528 DEC 06 #0000000113 $4.40

